UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BALWINDER SINGH TUNG, | ) | 1:08-cv-0457 OWW WMW PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION TO |
| | ) | RECONSIDER MOTION FOR |
| v. | ) | APPOINTMENT OF COUNSEL |
| | ) | |
| JAMES D. HARTLEY, WARDEN-ASP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   This matter is before the Court on the Motion for Reconsideration of Plaintiff for the Court to reconsider the May 7, 2008, order denying his motion to appoint counsel.

   No new law or facts are presented by Plaintiff's motion for reconsideration.  He simply disagrees with the ruling and makes additional arguments, all of which could have been raised when the original motion was brought.

   There is nothing unique nor exigent about Plaintiff's case. There is no authority for appointment of counsel in prisoner civil rights cases, as the Court cannot require an attorney to represent Plaintiff.  *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989).  No

1

1  **exceptional circumstances have been presented.** *Rand v. Rowland*,
2  **113 F.3d 1520, 1525 (9th Cir. 1997).**
3      **There are no grounds on which to grant the motion for**
4  **reconsideration.  The motion is DENIED.**

6  IT IS SO ORDERED.
7  **Dated:   May 21, 2008**              /s/ **Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE